SUNDAY JANUARY 18, 2026

DEFENDANTS: JACKSON COUNTY, MS., OCEAN SPRINGS, MS.   PLAINTIFF: HARVEY WILLIAM HUGUNIN
TO BE NOTIFIED: JACKSON COUNTY RESTRAINING ORDER   WILLIAM HUGUNIN © 2025
DEPARTMENT, JACKSON COUNTY SHERIFF JOHN LEDBETTER   GENERAL DELIVERY
3104 MAGNOLIA ST., PASCAGOULA, MS., OCEAN SPRINGS   OCEAN SPRINGS, MS. 39564
MUNICIPAL COURT; QUALITY INN, OCEAN SPRINGS, MS.

TO WHO IT MAY CONCERN  WITH A DOCUMENT DATED 14 DAY OF JANUARY 2026 SIGNED BY
A COURT CLERK AND NOT SIGNATURED BY JUDGE TYNES IS A FRAUDULENT CITY OF OCEAN SPRINGS PUBLIC
DOCUMENT THAT LIBLES NAME OF FATHER ON MY BIRTH CERTIFICATE AS MY REAL PARENTS WILL NOT
EVER BE KNOWN AND NOT A FULL NAME AND NOT MY CONCERN, THAT DOES NOT DEFINE DISORDERLY
CONDUCT. SEIZURE WITHOUT A WARRANT IS KIDNAPPING, ABDUCTION AND ATTEMPTED MURDER.
IS JUDGE TINES IMPEACHABLE BY OCEAN SPRINGS, MS. CITY COUNCIL. NOMINATED BY
MAYOR OF OCEAN SPRINGS WITH THE CONCURRENCE BY THE OCEAN SPRINGS CITY COUNSEL?
NO WARRANT WAS HANDED TO MYSELF AT QUALITY INN, OCEAN SPRINGS ON 1/11/2026
YET JUDGE TYNES SEEMS TO KNOW WHAT A WARRANT IS IN THE BOTTOM CHECKED BOX
OF THE REPORT. WHY DID NOT JUDGE TINES NOT WRITE THE WARRANT SO OCEAN SPRINGS
POLICE COULD HAND IT TO ME THAT SUNDAY AFTERNOON JANUARY 11, 2026 DESCRIBING
WHAT DISORDERLY CONDUCT I WAS GUILTY OF. THERE IS NO LEGAL LIMET IN
VOLUME OF FREE SPEECH. DID JACKSON COUNTY SHERIFF JOHN LEDBETTER AT ABOUT
6:30 PM ON 1/11/26 KNOW I WAS BEING ABDUCTED OUT OF ROOM 108 OF QUALITY INN
500 BIENVILLE BLVD., OCEAN SPRINGS, MS., FOR NO CAUSE WITHOUT BEING HANDED
A PAPER WARRANT WITH ANY OCEAN SPRINGS JUDGE OF JURISDICTION SIGNATURE
THEREON, A CRIME OF BREAKING AND ENTERING WITNESSED AND CONSPIRING WITH
THE PATEL MANAGEMENT OF QUALITY INN AND OCEAN SPRINGS POLICE. IN LESS THAN AN
HOUR I, HARVEY WILLIAM HUGUNIN WAS UNLAWFULLY IMPRISONED IN JACKSON COUNTY, MS.
PRISON WHEN IT SHOULD HAVE BEEN THE FRANCHISEE(S)    AND MANAGEMENT OF
QUALITY INN, 500 BIENVILLE BLVD. AND OCEAN SPRINGS POLICE OFFICERS THAT SHOULD
HAVE BEEN IMPRISONED OR JACKSON COUNTY SHERIFF WAS NOT AWARE OR IGNORANT OF
OR DOES NOT APPRECIATE THE FOURTH AMENDMENT AND IS NEGLEGENT AND LAME DUCK TIL HE
SEEKS A WARRANT TO ARREST THREE POLICE OFFICERS OF OCEAN SPRINGS, ONE OF WHICH HAS A
LARGE YELLOW FLOWER TATTO ON HIS LEFT FOREARM. WHY DID NOT MANAGER PATEL OR
OCEAN SPRINGS POLICE CALL MY RENTED ROOM 108 FIRST? WHY NOT ALLOW ME TO CALL AN
ATTORNEY                         INSTEAD OF WITHOUT WARNING BREAKING
AND ENTERING AND BRUTALLY PUTTING ME IN HANDCUFFS? MY NAME HARVEY WILLIAM
HUGUNIN DOES NOT APPEAR - ON THE MISDEMEANOR BAIL BOND ANYWHERE. I HARVEY
WILLIAM HUGUNIN WILL NOT ATTEND ON THE ELEVENTH DAY OF MARCH 2026 AT 3810
BIENVILLE BLVD., OCEAN SPRINGS, MS. IN ANY EVENT. THE DEFENDANTS JACKSON COUNTY
MS., CITY OF OCEAN SPRINGS, MS., QUALITY INN,   500 BIENVILLE BLVD. OCEAN SPRINGS.
JUDGE TINES WILL NOT EVER FIND ANY PERSON WITH ONLY TWO NAMES
HARVEY HUGUNIN. NO EX POST FACTO MAY BE ISSUED AFTER ANY
ABDUCTION BY POLICE THAT CAN BE DISCOVERED BY CARBON DATING.



# City of Ocean Springs Mississippi
## Municipal Court
3810 Bienville Blvd.
Ocean Springs, MS 39564
osmc@oceansprings-ms.gov
(228) 875-5009



DOUGLAS TYNES – Judge
TYLER COX – Prosecutor

J.D. Martin – Court Clerk
Latena Wallace - Deputy Court Clerk
Anna Gunter- Deputy Court Clerk

## MISDEMEANOR
## BAIL BOND

☐ RECOGNIZANCE BOND    ☑ UNSECURED BOND        ☐ SURETY BOND

We_____HARVEY HUGUNIN_____,the defendant, and_____the
surety, agree to pay the City of Ocean Springs $____960____.00, unless the above mentioned defendant shall appear before
JUDGE_____DOUGLAS TYNES_____, the undersigned Municipal Judge, City of Ocean Springs Mississippi, on the
__11__ day of ____MARCH____, 20_26_ at 4:00PM. In response to Case #_____26-010510_____
to answer to the charge(s) of:_____DISORDERLY CONDUCT, RESISTING ARREST_____
_____
and then and there remain from day to day and term to term, until discharged by law.

> **YOU ARE BEING RELEASED ON YOUR PROMISE TO COMPLY WITH THE FOLLOWING CONDITIONS UNTIL SUCH TIME AS THIS CASE IS RESOLVED COMPLETELY**
>
> ☑ You must comply with fingerprinting, booking photo, and DNA swab, as required, and commit no further crimes.
>
> ☑ You must appear before the Ocean Springs Municipal Court, 3810 Bienville Blvd. Ocean Springs, Mississippi on the above-mentioned date for court and any further date(s) that the court may set for this case.
>
> ☑ You must promptly notify the Court of any change of address and/or any change of phone number within 5 business days of the change.
>
> ☐ You are ordered to have *NO CONTACT* with the alleged victim(s) in this case. No contact with the alleged victim(s) includes but is not limited to verbal or written, telephone contact, social media, email, third party contact, and/or physical contact with the alleged victim(s) including the alleged victim's residence, place of employment, or other places. **You may not knowingly be within 500 feet of the alleged victim(s)**
>
> *If applicable, the alleged victim(s) shall have the exclusive use and possession of the residence where the alleged victim resides to the exclusion of the defendant. If the said defendant has items of personal property that must be retrieved from the residence, said defendant may retrieve those items only when accompanied by an Ocean Springs Police Officer and said items shall be limited to clothing or any other items that are not in dispute with the alleged victim.*
>
> **NAME OF ALLEGED VICTIM(S):**_____
>
> ☐ You are ordered to STAY AWAY from the place of business listed below.
> **NAME OF BUSINESS:**_____
>
> ☑ If the Ocean Springs Municipal Court finds by a preponderance of the evidence that you willfully violated any of the conditions set forth above, without good cause, your bond may be revoked and you may be incarcerated until our case reaches disposition. Any violation of these conditions may produce a new criminal charge against you and cause a warrant to be issued for your arrest.

## ACKNOWLEDGMENT OF BOND CONDITIONS

I, _____HARVEY HUGUNIN_____, hereby acknowledge that the conditions set forth above have been explained to me, and I agree to abide by them. I understand that any violation of the conditions set forth above may result in my bond being revoked and I may be incarcerated until my case reaches disposition. I further understand that any willful violation of these conditions may produce a new criminal charge against me and cause a warrant to be issued for my arrest.

**Defendant's Signature,**_____
**Bonding Company's Name,**_____
**Surety's Signature,**_____

Witness our hands this __14__ day of ____JANUARY____, 20_26_

_____
Court Clerk / Deputy Court Clerk



**Quality Inn (MS309)**
500 Bienville Blvd.
Ocean Springs, MS 39564
(228) 215-1144
Y

HUGUNIN, HARVEY
2701 S ELM ST
LITTLE ROCK, AR 72204

| | |
|---|---|
| Account: | 1026124156 |
| Date: | 1/10/26 |
| Room: | 108 ssc |
| Arrival Date: | 1/10/26 |
| Departure Date: | 1/12/26 |
| Check In Time: | 1/10/26 11:38 PM |
| Check Out Time: | |
| Rewards Program ID: | |
| You were checked in by: | dstrau |
| You were checked out by: | |
| **Total Balance Due:** | **(121.88)** |

*Handwritten: SATURDAY - MONDAY*

*Handwritten: ABDUCTED OUT BY OCEAN SPRINGS POLICE AT X 6 PM SUN. JAN. 11, 2026 THEIVING 11 HOURS OF ROOM RENTAL TIME PLUS NO CONTINENTAL BREAKFAST MON JANUARY 121 2026 H.W.H*

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 1/10/26 | Cash | | (121.88) |
| | | Folio Summary    1/10/26 - 1/10/26 | |
| | Cash | | (121.88) |
| | | Balance Due: | (121.88) |

**With this rate you are able to earn Choice Privileges points to redeem for free nights and other rewards!**

No Refunds After 15 min check in, $25.00 late fee will be charged after 11.00 AM unless prior arrangements have been made, Extra person $10.00 per night per person, Add $ 25.00 pet charge. NO CATS per pet per night with arrangements or doubled if no arrangements has been made, pets charges are non refundable, $ 50.00 for room deposit will be charged at check in which is refunded after 9.00 am day of check out if there is any damage or if authority is called deposit will be forfeited .Early check in fees apply depends on availability. $250.00 fees for smoking in non smoking room

*Handwritten: DANA RECEPTIONIST*

X_____

 CHOICE
privileges.

**Earn reward nights at Choice Hotels. Join Choice Privileges today at www.choicehotels.com/choice-privileges. Earn reward nights faster with the Choice Privileges Mastercard. Learn more at www.choicehotels.com/cardoffer.**

*DOES ANYONE LIVING or DECEASED HAVE LESS THAN 3 NAMES ON THEIR SOCIAL
SECURITY CARD? * SEE ITEM NUMBER 7. FULLNAME → BY LAW, NEW YORK STATE REQUIRED 3
NAMES IN THE YEAR OF 1953

*Dr. Conan*

PAGE FOUR OF EIGHT H.W.H.

**New York State Department of Health**
OFFICE OF VITAL STATISTICS

**CERTIFICATE OF BIRTH**

Dist. No. **3301**
To be inserted by registrar

Registered No. **5483**

| 1. PLACE OF BIRTH: STATE OF NEW YORK | 2. USUAL RESIDENCE OF MOTHER (Where does mother live?) |
|---|---|
| a. COUNTY  Onondaga | a. STATE  New York   b. COUNTY  Madison  99 |
| b. TOWN | c. TOWN  Cazenovia |
| c. CITY OR VILLAGE  Syracuse | d. CITY OR VILLAGE  Cazenovia   Is residence within its corporate limits?  YES ☑  NO ☐ |
| d. NAME OF (if not in hospital or institution, give street address or location) HOSPITAL OR INSTITUTION  St. Joseph's | e. STREET ADDRESS  9 Center St. |

| 3. CHILD'S NAME (Type or print) | HARVEY WILLIAM HUGUNIN   3 NAMES |
|---|---|

| 4. SEX  Male | 5a. THIS BIRTH  SINGLE ☑ TWIN ☐ TRIPLET ☐ | 5b. IF TWIN OR TRIPLET (This child born)  1ST ☐ 2ND ☐ 3RD ☐ | 6. DATE OF BIRTH  (Month) August (Day) 6 (Year) 19 53 |
|---|---|---|---|

**FATHER OF CHILD**

| 7. FULL NAME  ? * Harvey Hugunin * ?  ONLY 2 NAMES | 8. COLOR OR RACE  white |
|---|---|
| 9. AGE (At time of this birth)  20 YEARS | 10. BIRTHPLACE (state or foreign country)  New York | 11a. USUAL OCCUPATION  Salesman | 11b. KIND OF BUSINESS OR INDUSTRY  Began Real Estate |

**MOTHER OF CHILD**

| 12. FULL MAIDEN NAME  Nancy DeAnn Bender   3 NAMES | 13. COLOR OR RACE  white |
|---|---|

| 14. AGE (At time of this birth)  20 YEARS | 15. BIRTHPLACE (state or foreign country)  New York | 16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child) |
|---|---|---|

| | | a. How many OTHER children are now living?  0 | b. How many OTHER children were alive but are now dead?  0 | c. How many children were still-born (born dead after 20 weeks pregnancy)?  0 |
|---|---|---|---|---|

| 17. LENGTH OF PREGNANCY  39 WEEKS | 18. WEIGHT OF CHILD AT BIRTH  GMS. OR 6 LBS. 4 OZS. |
|---|---|

| 19a. WAS THE BLOOD OF THIS CHILD'S MOTHER TESTED FOR SYPHILIS  During pregnancy? YES ☐  NO ☐  At delivery? YES ☐  NO ☑ | 19b. DATE TEST MADE  April 1953 | 19c. IF NO TEST STATE REASON THEREFOR: |
|---|---|---|

| 20a. WHAT PREVENTIVE FOR OPHTHALMIA NEONATORUM DID YOU USE?  Ag NO3 - 1 o/o | 20b. IF NONE, STATE THE REASON THEREFOR: |
|---|---|

| 21. MOTHER'S MAILING ADDRESS FOR REGISTRATION NOTICE:  9 Center Street   Cazenovia, New York |
|---|

| I hereby certify that I attended the birth of this child who was born alive on the date stated above at 8:22 P m. | 22a. SIGNATURE OF ATTENDANT  Mary E Conan   2 NAMES, ONE INITIAL  M.D. ☐ MIDWIFE ☐ OTHER ☐ (Specify) |
|---|---|
| | 22b. ADDRESS  713 E Genesee St | 22c. DATE SIGNED  August 7 1953 |

| 23. DATE FILED BY LOCAL REG.  AUG 13 1953 | 24. REGISTRAR'S SIGNATURE | 25. GIVEN NAME ADDED 19 | Registrar |
|---|---|---|---|

*MARGIN RESERVED FOR BINDING*
*THIS CERTIFICATE MUST BE FILED WITH THE LOCAL REGISTRAR WITHIN 5 DAYS AFTER BIRTH. TYPEWRITE, HAND-PRINT, OR WRITE LEGIBLY IN PERMANENT BLACK OR BLUE-BLACK INK, PENCILS, COLORED INKS, OR BALLPOINT PENS SHOULD NEVER BE USED. SIGNATURES SHOULD NEVER BE LEGIBLE. THIS IS A PERMANENT RECORD.*
*PHYSICIAN: PLEASE SEE REVERSE FOR IMPORTANT ADDITIONAL QUESTIONS*

Form VS 30b. 20M Books. 1-21-53 (1D-546)

NOTE! SEE ON GOOGLE OR U.S. DEPT. OF JUSTICE INTERNET U.S.
DISTRICT FEDERAL COURT CASE, CASE PRO SE FILED BY PLAINTIFF
HARVEY WILLIAM HUGUNIN VERSUS DEFENDANT U.S.A. SOCIAL SECURITY
SURVIVOR TRUST FUND CASE #'s: 1:19-CV-00462-BLW
AND 1:20-CV-00010-PLR-SKL.

ONONDAGA COUNTY, NEW YORK REGISTRAR IS
RECORDED IN PRINT IN THE JOURNALS OF ONONDAGA COUNTY LEGISLATURE.