UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISS...
FILED
MAY 15 2026
ARTHUR JOHN...ON
BY_____ DEPUTY

HARVEY WILLIAM HUGUNIN                    PLAINTIFF

VERSUS                        CIVIL CASE NO. 1:26-CV-24  LG-RPM

JACKSON COUNTY, MISSISSIPPI ETAL          DEFENDANT
        PERJURY BY ATTORNEY OF RECORD FOR DEFENDANT,

THE STATUTORY LAWS OF THE U.S. CONSTITUTION ARE ORDERED BY NUMBERS AND LETTERS TO AID REFERING PEOPLE TO RELEVENT LAWS WITHOUT DELAY. THE STATUTORY LAW FOR PERJURY IS INDICATED NUMBERS AND A LETTER 2J1.3 SO AS NOT TO BE CONFUSED WITH STATUTORY LAWS ARTICLE TWO AND AMENDMENT TWO OF THE U.S. CONSTITUTION. SEE ITEM NO. 1 OF R. LANE DOSSETT DOCUMENT 6 FILED WITH THE COURT IN THIS CASE ON MARCH 3, 2026 CONTAINING PERJURY IN WORDS PRINTED THERE AS FOLLOWS "... BUT NO CAUSES OF ACTION ARE STATED, AND NO FEDERAL STATUTE IS CITED." SEE THE CIVIL COVER SHEET FILED BY THE PLAINTIFF FIRST FILING THIS CASE ON JANUARY 22, 2026 THAT REFUTES ATTORNEY R. LANE DOSSET IN SECTION VI CAUSE OF ACTION, CITING THE STATUTORY ..."FOURTH AMENDMENT" AND THE CAUSE TO BE ..." ASSAULTED AND ABDUCTED BY OCEAN SPRINGS POLICE NO WARRANT ISSUED."... IN THE PLAINTIFF'S HANDWRITING, THAT IS NOT PERJURY. THE COURT MAY SEE A FILING BY THE PLAINTIFF RELEVENT IN THIS CASE DATED APRIL 13, 2026. IT MAY BE IN A JUDGE'S BEST INTEREST IN THIS CASE TO ISSUE A WARRANT FOR SEARCH FOR AND SEIZURE OF THE BODY OF ATTORNEY LANE DOSSETT FOR COMMITING THE CRIME OF PERJURY, VIOLATION OF STATUTE 2J1.3 REQUIRING A TEN MONTH PRISON SENTENCE SO THE JUDGE(S) IN THIS CASE MAY AVOID AIDING AND ABETTING AND THE EMBARASSMENT OF RECUSING THEMSELF FROM THIS CASE. AVOID AIDING AND ABETTING PERJURY.

HARVEY WILLIAM HUGUNIN
GENERAL DELIVERY
GULFPORT, MISSISSIPPI 39501
FRIDAY MAY 15, 2026

*[handwritten top margin: IN THAT THE STATUTORY LAWS OF THE U.S. CONSTITUTION ARE ORDERED BY NUMBERS AND LETTERS TO AID REFERRING PEOPLE TO RELEVENT LAWS WITHOUT DELAY. THE STATUTORY LAW FOR PERJURY IS INDICATED BY NUMBER 2 AND LETTER J AND NUMBER 51.3 AS 2J51.3.]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

HARVEY WILLIAM HUGUNIN                                           PLAINTIFF

*[handwritten: PERJURY]*

VS.    *[handwritten: SO AS NOT TO BE CONFUSED WITH ARTICLE 2 OR AMENDMENT 2 OF THE U.S. CONSTITUTION.]*    CASE NO. 1:26-CV-24-LG-RPM

JACKSON COUNTY MISSISSIPPI,
CITY OF OCEAN SPRINGS, QUALITY INN,
QUALITY INNS                                                    DEFENDANTS

*[handwritten: WRITE WARRANT FOR ARREST STATUTE 2J51.3 PERJURY R. LANE DOSSET    HICKS LAW FIRM]*

*[handwritten: SEE ITEM NO.1 OF R. LANE DOSSET DOCUMENT 6 FILED 03/03/26 PRINTING]*

## CITY OF OCEAN SPRINGS' MOTION TO DISMISS
## OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

*[handwritten: THE WORDS "...; BUT NO CAUSES OF ACTION ARE STATED, AND NO FEDERAL STATUTE IS CITED." THAT IS PERJURY.]*

*[handwritten: WHERE ARREST REPORT?]*

Defendant City of Ocean Springs files this Motion to Dismiss or, in the alternative, for

Summary Judgment and states:    *[handwritten: PERJURY BY ROBERT LANE DOSSET    SEE CIVIL COVER SHEET FILED BY PLAINTIFF ON JAN. 22, 2026 SECTION VI.]*

1.    Plaintiff filed the subject lawsuit claiming that, on or about January 11, 2026, he was *[handwritten: PERJURY    I WAS ABDUCTED]*

arrested by the Ocean Springs Police Department without a warrant.[1] Doc. 1-1 at 1. He seeks to *[handwritten: THEY WILL BELIEVE    CAUSE OF ACTION THAT REFUTES ATTORNEY DOSSET CITING "FOUR AMENDMENT" AND CAUSE "ASSAULT]*

assert federal question jurisdiction under the Fourth Amendment [Doc. 1 at 8], but no causes of *[handwritten: AND ABDUCTED BY OCEAN SPRINGS, MS. POLICE"]*

action are stated, and no federal statute is cited. *[handwritten: THAT IS NOT PERJURY]*

2.    Plaintiff's lawsuit should be dismissed because it fails to plead plausible facts sufficient

to state a claim against a municipality under *Monell v. N.Y.C. Dep't of Soc. Servs.*, 436 U.S. 658

(1978). Similarly, the Complaint should be dismissed because the Fourth Amendment, standing

alone, does not provide a private cause of action. *DeVillier v. Texas*, 601 U.S. 285, 291

(2024)(stating, "Constitutional rights do not typically come with a built-in cause of action to

allow for private enforcement in courts. See *Egbert v. Boule*, 596 U.S. 482, 490–491, 142 S.Ct.

---

[1] Plaintiff served City of Ocean Springs Municipal Judge Dougals Tynes with the lawsuit without a summons. This Defendant enters a special limited appearance for the purpose of asserting the defenses raised herein, reserving all affirmative defenses, including the right to seek dismissal for lack of proper service of process.

*[handwritten bottom: IF MAN OR AN JUDGE GRANTS CASE AND ISSUE A WARRANT FOR SEIZURE OF ATTY DOSSET FOR COMMUNICATIONS CRIMES OF PERJURY TO AUDIO AND AUDIO ARCHIVING]*